UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| IN RE: AIR CRASH NEAR CLARENCE CENTER, NEW YORK, ON FEBRUARY 12, 2009, | **ORDER** 09-md-2085 |
| | This document relates to: 09-CV-1043S |

On June 14, 2012, Defendants Pinnacle Airlines Corp. and Colgan Air, Inc. filed a Motion to Vacate the Stay in this action to permit the completion of settlement and final dismissal of this individual action with prejudice. (Docket No. 217.[1]) Plaintiffs consent to the relief requested and the bankruptcy court has lifted the automatic stay based on the parties' stipulation. (<u>See</u> Declaration of David J. Harrington, Docket No. 217-1, ¶¶ 7, 8.)

IT HEREBY IS ORDERED, that Defendants' Motion to Vacate the Stay (MDL Docket No. 1007; Civil Docket No. 217) is GRANTED.

FURTHER, that this Court's Order staying this case (MDL Docket No. 983; Civil Docket No. 210) is hereby vacated for the sole purpose of permitting the parties to complete settlement and final dismissal of this individual action with prejudice.

FURTHER, that for all other purposes, this Court's Order staying this case remains in effect.

SO ORDERED.

Dated:  June 19, 2012
         Buffalo, New York

/s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court

---

[1] Unless otherwise noted, docket references are to the docket sheet in the individual action.